IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs James Robert Graybeal            DATE 10/07/20
Case No. CR-2-19-196(12)    Time 1:28 p.m.    To 2:05 p.m.

===========================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

DEFENDANT(s)                          DEFENSE ATTORNEY(s)
James Robert Graybeal                 Curt Collins

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s) **1 *(lesser included offense)*** - Accepted

Plea Agreement filed on **09/01/20 [Doc. 495]**

Remaining Counts to be dismissed at time of sentencing

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement

**SENTENCING DATE: February 22, 2021 @ 10:30 a.m. Before Honorable J. Ronnie Greer**